Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Chandra S. Andrade (State Bar No. 271769)
candrade@fbm.com
Vanessa K Ing (State Bar No. 329577)
ving@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECA SANDOVAL OROZCO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware Corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No. 1:23-at-48<br><br>**DEFENDANTS AMAZON.COM, INC AND AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b)**<br><br>[KERN COUNTY SUPERIOR COURT, CASE NO. BCV-22-103279]<br><br>Date Action Filed: December 7, 2022 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

43180\15247018.1

DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) - Case No. 1:23-at-48

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF REBECA
2 SANDOVAL OROZCO:
3    PLEASE TAKE NOTICE that Defendants Amazon.com, Inc. and Amazon.com Services
4 LLC (collectively, "Amazon"), pursuant to 28 U.S.C. § 1441(b), hereby remove the above-entitled
5 action to this Court from the Superior Court of the State of California in and for the County of
6 Kern.

## I.   FACTUAL AND PROCEDURAL BACKGROUND

On December 7, 2022, Plaintiff Rebeca Sandoval Orozco ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Kern, entitled *Orozco v. Amazon.com, Inc., et al.*, Case No. BCV-22-103279. A true and correct copy of the Complaint, together with its Civil Case Cover Sheet and Summons, is attached as **Exhibit A** (hereinafter the "Complaint").

In her Complaint, Plaintiff alleges five causes of action against Amazon: (1) Disability Discrimination, (2) Failure to Accommodate Disability in Violation of FEHA, (3) Failure to Engage in the Interactive Process, (4) Failure to Prevent Discrimination, Retaliation, or Harassment, (5) Retaliation in Violation of the FEHA, and (6) Wrongful Termination in Violation of Public Policy. *See* **Exh. A**. Plaintiff seeks compensatory damages in the amount of $250,000 plus interest, punitive damages, emotional distress damages in the amount of $200,000, and attorneys' fees. *See* **Exh. A** at 11.

Service on Amazon was effectuated on December 20, 2022. *See* **Exh. B** (Proof of Service). On January 18, 2023, Amazon answered Plaintiff's Complaint in state court and served a copy on Plaintiff's counsel. *See* **Exh. C** (Defendants Amazon.com, Inc. and Amazon.com Services LLC's Answer to Plaintiff Rebeca Sandoval Orozco's Unverified Complaint for Damages).

## II.   THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S. §1446(b)(2).

## III.   THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties'

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

2
43180\15247018.1
DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) - Case No. 1:23-at-48

diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, and is between . . . citizens of different States[.]").

First, Plaintiff and Defendants are citizens of different states. Plaintiff's Complaint alleges that she resides in the State of California. *See* **Exh. A**, ¶ 1.

Amazon.com Services LLC is not a citizen of California. For purposes of diversity jurisdiction, a limited liability corporation is a citizen of all of the states of which its owners/members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). At all times relevant to this action, Amazon.com Services LLC's corporate headquarters and principal place of business has been in Seattle, Washington, and Amazon.com Services LLC is now and has been organized under the laws of the State of Delaware. *See* **Exh. D** (California Secretary of State Statement of Information for Amazon.com Services LLC listing principal office in Seattle, Washington and organized under Delaware law). Amazon.com Services LLC's only member is Amazon.com Sales, Inc., which is a Delaware corporation with its corporate headquarters and principal place of business in Washington. *See* **Exh. E** (Washington Secretary of State Annual Report for Amazon.com Sales, Inc. listing principal office in Seattle, Washington and incorporation in Delaware).

Amazon.com, Inc. is also not a citizen of California. For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Amazon.com, Inc. is a Delaware corporation with its corporate headquarters and principal place of business in Washington. *See* **Exh. F** (Washington Secretary of State Annual Report for Amazon.com, Inc. listing principal office in Seattle, Washington and incorporation in Delaware).

Thus, diversity of citizenship exists.

In addition, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks compensatory damages in the amount of $250,000 plus interest, punitive damages, emotional distress damages in the amount of $200,000,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3

43180\15247018.1

DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) - Case No. 1:23-at-48

and attorneys' fees. See **Exh. A** at 11.

Thus, removal is proper based on this Court's diversity jurisdiction.

## IV. VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Kern, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

## V. NOTICE OF REMOVAL

Amazon will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Kern.

## VI. CONCLUSION

As detailed above, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). Having fulfilled all statutory requirements, Amazon removes this action from the Superior Court of California, County of Kern to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

Dated: January 19, 2022

FARELLA BRAUN + MARTEL LLP

By: _____
Chandra S. Andrade

Attorneys for AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4

43180\15247018.1

DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) - Case No. 1:23-at-48